# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145899

MARIE ELIZABETH GONZALES a/k/a
MARIE ELIZABETH FEELEY,
       Plaintiff-Appellee,

v

                                                SC:  145899
                                                COA:  306838
FRANK GONZALES, JR.,                        Wayne CC:  00-001254-DZ
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 6, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013 _____

s0225

_____
Clerk